**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **TRUMAN MCCOLLUM, JR., COURT-NEY MCCOLLUM, PERSONAL REPRESENTATIVE OF THE ESTATE OF TRUMAN MCCOLLUM;** | § § § § § § § § § § § § | |
| **Plaintiffs,** | | **CIVIL NO. W-23-CV-00028-ADA** |
| **v.** | | |
| **CITY OF KILLEEN, EDWARD URENA, FRANKLIN ANTONIO MELENDEZ, JOSHUA PLOWICK,** | | |
| **Defendants.** | | |

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Before the Court is the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske. ECF No. 30. The report recommends Defendants City of Killeen, Edward Urena, Franklin Antonio Melendez, and Joshua Plowick's Motions to Dismiss, ECF Nos. 10, 12, 14, and 16, be **GRANTED-IN-PART AND DENIED-IN-PART**. The report and recommendation was filed on July 1, 2024.

A party may file specific, written objections to the proposed findings and recommendations of the magistrate judge within fourteen days after being served with a copy of the report and recommendation, thereby securing *de novo* review by the district court. 28 U.S.C. § 636(b); Fed. R. Civ. P. 72(b). A district court need not consider "[f]rivolous, conclusive, or general objections." *Battle v. U.S. Parole Comm'n*, 834 F.2d 419, 421 (5th Cir. 1987) (quoting *Nettles v. Wainwright*, 677 F.2d 404, 410 n.8 (5th Cir. 1982) (en banc), *overruled on other grounds by Douglass v. United States Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996)).

Plaintiff filed objections on July 15, 2024. ECF No. 31. As of this writing, no Defendant has filed objections. The Court has conducted a *de novo* review of the motions to dismiss, the responses, the report and recommendation, the objection to the report and recommendation, and the applicable laws. After that thorough review, the Court is persuaded that the Magistrate Judge's findings and recommendation should be adopted.

 **IT IS THEREFORE ORDERED** that the Report and Recommendation of United States Magistrate Judge Jeffrey C. Manske, ECF No. 30, is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's objections are **OVERRULED**.

**IT IS FURTHER ORDERED** that Defendant Edward Urena, Franklin Antonio Melendez, and Joshua Plowick's Motions to Dismiss, ECF Nos. 12, 14, and 16, are **DENIED** in accordance with the Report and Recommendation.

**IT IS FINALLY ORDERED** that Defendant City of Killeen's Motion to Dismiss, ECF No. 10, is **GRANTED-IN-PART** in accordance with the Report and Recommendation.

**SIGNED** this 16th day of July, 2024.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE